PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00096-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AS TO DEFENDANT NEW |
| SCOTT ERIC ANDERSON and PAUL NEW, | |
| Defendants. | |

**BACKGROUND**

This matter is currently scheduled for a status conference on January 24, 2024. Doc. 31. On January 8, 2024, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference.[1] *Id.* Co-defendant Anderson is set for a change of plea hearing on January 29, 2024. Doc. 35. Counsel for the United States and defendant New have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations. In particular, the United States transmitted a proposed plea agreement to counsel for defendant New on January 9, 2024, and the parties need additional time to review the proposed agreement and discuss its terms. The parties have therefore agreed to stipulate to a continuance of the status conference.

---

[1] Counsel for the United States and New apologize that this stipulation is untimely and thank Court staff for bringing the matter to their attention.

1

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for January 24, 2024 be continued to February 28, 2024.  Time shall be excluded from January 24, 2024 to February 28, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: January 19, 2024 | By: /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
| DATED: January 19, 2024 | By: /s/ Christina Corcoran<br>Christina Corcoran<br>Attorney for Paul New |

### O R D E R

The status conference currently set for January 24, 2024 is hereby continued to **February 28, 2024 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time shall be excluded from January 24, 2024 to February 28, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 19, 2024**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE