PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ERIC ANDERSON and PAUL NEW,<br><br>Defendants. | CASE NO. 1:23-CR-0096-NODJ-BAM<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AS TO DEFENDANT NEW |

### BACKGROUND

This matter is currently scheduled for a status conference on February 28, 2024. Doc. 48. On February 14, 2024, the Court directed counsel for the United States and defendant New to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. Counsel for the United States and defendant New have agreed that further time is necessary for defense investigation, review of discovery, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

### STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for February 28, 2024 be continued to April 24, 2024. Time shall be excluded from February 28, 2024 to April 24, 2024 under the Speedy defense preparation and Trial

1

Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: February 21, 2024 | By:  /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
| DATED: February 21, 2024 | By:  /s/ Christina Corcoran<br>Christina Corcoran<br>Attorney for Paul New |

## **O R D E R**

The status conference currently set for February 28, 2024 is hereby continued to **April 24, 2024 at 1:00 p.m. before Judge McAuliffe**. Time shall be excluded from February 28, 2024 to April 24, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial for defense preparation and continuity of counsel.

IT IS SO ORDERED.

Dated:  **February 21, 2024**         /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE