PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ERIC ANDERSON and PAUL NEW,<br><br>Defendants. | CASE NO. 1:23-CR-00096-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AS TO DEFENDANT NEW |

**<u>BACKGROUND</u>**

This matter is currently scheduled for a status conference on April 24, 2024. Doc. 52. On February 9, 2024, the Court directed counsel for the United States and defendant New to file a joint status report; or in the alternative, to file a stipulation to continue the status conference.[1] Counsel for the United States and defendant New have agreed that further time is necessary for defense investigation, review of discovery, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference. The parties anticipate that they will be ready by the time of the next status conference to either resolve the case or set for trial.

---

[1] The Court ordered the parties to file a stipulation by noon on April 17. Counsel for the parties apologize that this stipulation is being filed after that time.

1

# STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for April 24, 2024 be continued to June 12, 2024. Time shall be excluded from April 24, 2024 to June 12, 2024 under the Speedy defense preparation and Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: April 17, 2024    By:   /s/ Michael G. Tierney
                                Michael G. Tierney
                                Assistant United States Attorney

DATED: April 17, 2024    By:   /s/ Christina Corcoran
                                Christina Corcoran
                                Attorney for Paul New

# ORDER

IT IS SO ORDERED that the status conference is continued from April 24, 2024, to **June 12, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 18, 2024**           /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE