```
1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   CHRISTINA M. CORCORAN, CA Bar #344683
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    PAUL NEW
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:23-cr-00096-NODJ-BAM |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| PAUL NEW, | Judge:  Jennifer L. Thurston |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Paul New, that the status conference on June 12, 2024, be continued to August 14, 2024.

This matter is currently scheduled for a status conference on June 12, 2024. Doc. 67. On May 22, 2024, the Court directed counsel for the United States and defendant New to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. Counsel for the United States and defendant New have agreed that further time is necessary for defense investigation, review of discovery, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference. The parties anticipate that they will be ready by the time of the next status conference to either resolve the case or set for trial.  The government does not oppose this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 6, 2024             */s/ Michael Tierney*
                               MICHAEL TIERNEY
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


Date: June 6, 2024             */s/ Christina M. Corcoran*
                               CHRISTINA M. CORCORAN
                               Assistant Federal Defender
                               Attorney for Defendant
                               PAUL NEW

## ORDER

IT IS SO ORDERED that the status conference is continued from June 12, 2024, to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 6, 2024**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

New – Stipulation and [Proposed] Order        2