PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00096-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AS TO DEFENDANT NEW AND SET CHANGE OF PLEA HEARING |
| SCOTT ERIC ANDERSON and PAUL NEW, | |
| Defendants. | |

## BACKGROUND

This matter is currently scheduled for a status conference as to defendant New on August 14, 2024. Doc. 78. The parties request that the Court vacate the status conference and set this matter for a change of plea on September 16, 2024.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for August 14, 2024 be vacated and a change of plea hearing set on September 16, 2024. Time shall be excluded from August 14, 2024 to September 16, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel, and the Court's consideration

1

of a plea agreement. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

DATED: August 8, 2024                By:    /s/ Michael G. Tierney
                                                        Michael G. Tierney
                                                        Assistant United States Attorney


DATED: August 8, 2024                By:    /s/ Christina Corcoran
                                                        Christina Corcoran
                                                        Attorney for Paul New

## **O R D E R**

The status conference currently set for August 14, 2024 is vacated.  A change of plea hearing is set for **September 9, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time shall be excluded from August 14, 2024 to September 9, 2024 under the Speedy Trial Act for defense preparation, continuity of counsel, and consideration by the Court of the plea agreement.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  **August 8, 2024**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE