HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PAUL NEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL NEW, <br><br> Defendant. | Case No.  1:23-cr-00096-NODJ-BAM <br><br> **AMENDED STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a change of plea hearing on September 9, 2024.

2. By this stipulation, the parties move to continue the change of plea hearing until September 25, 2024 and to exclude time from calculation under the Speedy Trial Act between September 9, 2024, and September 25, 2024 for defense preparation, continuity of counsel, and the Court's consideration of a plea agreement.  Specifically, defense counsel requires additional time to review an updated plea agreement with the defendant.

IT IS SO STIPULATED.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 5, 2024

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 5, 2024

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
PAUL NEW

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from September 9, 2024, to **September 25, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **September 5, 2024**                      /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE