HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PAUL NEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL NEW,<br><br>　　　　　　Defendant. | Case No. 1:23-cr-00096-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date:   December 17, 2024<br>Time:  8:30 a.m. |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Paul New, that the Court may continue the sentencing hearing from December 17, 2024, to January 27, 2025.

　　　　The requested continuance is necessary for the completion of the defense investigation related to sentencing.  Counsel for the government has no objection to the requested change of date.  The parties further stipulate and request that the date for responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 4, 2024    */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 4, 2024    */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
PAUL NEW

# O R D E R

GOOD CAUSE APPEARING, the Court hereby continues the sentencing hearing currently scheduled for December 17, 2024, to **January 27, 2025 at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **December 10, 2024**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Paul New – Stipulation
and Proposed Order