1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, CA Bar #344683
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   PAUL NEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00096-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |
| vs. | |
| PAUL NEW, | Date:  December 17, 2024 |
| Defendant. | Time: 8:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Paul New, that the Court may continue the sentencing hearing from December 17, 2024, to January 27, 2025.

The requested continuance is necessary for the completion of the defense investigation related to sentencing.  Counsel for the government has no objection to the requested change of date.  The parties further stipulate and request that the date for responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: December 4, 2024 | */s/ Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 4, 2024 | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>PAUL NEW |

**O R D E R**

GOOD CAUSE APPEARING, the Court hereby continues the sentencing hearing currently scheduled for December 17, 2024, to **January 27, 2025 at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated: **December 10, 2024**        /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

Paul New – Stipulation
and Proposed Order