**FILED**
Jan 08, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**PAUL NEW**<br><br>　　　　　　　Defendant. | CR NO: 1:23-CR-00096-NODJ-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Paul New |
| Detained at: | Wasco State Prison |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 U.S.C. §§ 371, 844(i), 922(g)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael G. Tierney |
| Printed Name & Phone No: | Michael G. Tierney |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 1/8/25

*/s/ B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Thrasher | ☒Male ☐Female | |
| Booking or CDC #: | BZ2840 | DOB: | 1967-07-24 |
| Facility Address: | 701 Scofield Ave Wasco, CA 93280 | Race: | White |
| Facility Phone: | (661) 758-8400 | FBI#: | 736612KA6 |
| Currently Incarcerated For: | PC29800(a)(1) | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)