HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PAUL NEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00096-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |
| vs. | |
| PAUL NEW, | Date:   February 24, 2025 |
| Defendant. | Time:   8:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Paul New, that the Court may continue the sentencing hearing from January 21, 2025, to February 24, 2025.

This matter was previously scheduled for sentencing on January 27, 2025.  On Tuesday, January 14, 2025, the Court *sua sponte* advanced Mr. New's sentencing to January 21, 2025. ECF Dkt. # 100.  Defense counsel is unavailable on that date.  As such, the parties request a continuance of Mr. New's sentencing hearing to Monday, February 24, 2025.  The parties further stipulate and request that the date for responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHELE BECKWITH<br>Acting United States Attorney |
| Date: January 14, 2025 | */s/ Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 14, 2025 | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>PAUL NEW |

**O R D E R**

GOOD CAUSE APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 21, 2025, to **February 24, 2025 at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 15, 2025**             /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

Paul New – Stipulation
and Order