**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED

**Jan 23, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>**PAUL NEW**<br><br>   Defendant. | CR NO: 1:23-CR-00096-NODJ-BAM |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:   Paul New

Detained at   Wasco State Prison

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
charging detainee with:   18 U.S.C. §§ 371, 844(i), 922(g)(1)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary forthwith in the Eastern District of California.***

Signature:   /s/ Michael G. Tierney

Printed Name & Phone No:   Michael G. Tierney

Attorney of Record for:   United States of America

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   1/23/25

*B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Thrasher | ☒Male   ☐Female | |
| Booking or CDC #: | BZ2840 | DOB: | 1967-07-24 |
| Facility Address: | 701 Scofield Ave Wasco, CA 93280 | Race: | White |
| Facility Phone: | (661) 758-8400 | FBI#: | 736612KA6 |
| Currently Incarcerated For: | PC29800(a)(1) | | |

### RETURN OF SERVICE

Executed on: _____

(signature)